# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

MARGUIS ASH,

               Plaintiff,

    v.

NAVY FEDERAL CREDIT UNION,

               Defendant.

Case No.: 1:25-cv-0259-WMR-CCB

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiff, Marguis Ash, and Defendant, Navy Federal Credit Union, by and through their undersigned counsel, pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure, hereby file this notice of dismissal of the case without prejudice with each party to bear its own fees and costs.

This 4th day of August, 2025.

| | |
|---|---|
| */s/ John A. Love* | */s/Montoya M. Ho-Sang* |
| John A. Love | Montoya M. Ho-Sang |
| Love Consumer Law | Georgia Bar No: 572105 |
| Ga Bar No. 459155 | Akerman LLP |
| 2500 Northwinds Parkway | 999 Peachtree Street, NE |
| Suite 330 | Suite 1700 |
| Alpharetta, GA  30009 | Atlanta, Georgia 30309 |
| (tel.) 404.855.3600 | (404) 733-9812 – Telephone |
| (fax) 404.301.2300 | (404) 733-733-9912 – Facsimile |
| tlove@loveconsumerlaw.com | montoya.ho-sang@akerman.com |
| | |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

## **CERTIFICATE OF SERVICE**

I certify that on August 4, 2025, I caused a copy of the foregoing to be filed through the Court's electronic filing system which will cause a copy to be served upon all counsel of record.

/s/ *John A. Love*
John A. Love
*Counsel for Plaintiff*